FILED

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0026

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

THOMAS JOSEPH MAHAN,

     Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 8, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 2 2020